UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                    )<br>        Plaintiff           )<br>                                    )<br>    vs.                         )<br>                                    )<br>  *Benjamin Gutierrez, et al.* )<br>                                    )<br>        Defendant(s)        )<br>_____) | CRIMINAL NO. 08CR0938-WQH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

*Arturo Robles-Laureano*

DATED: 3/27/08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
        DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-561-774/70062